IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>DALE JACKSON,<br><br>                 Defendant. | 8:25CR16<br><br>ORDER |

Before the Court is non-party Carlotta Jackson's Request for Transcript (Filing No. 73) of the sentencing hearing held August 15, 2025.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 73) is granted.
2. The Clerk's Office is directed to mail a copy of this order to Carlotta Jackson at 2308 N. 62nd Street, Omaha, Nebraska 68104.
3. Court reporter Sue DeVetter is directed to advise Carlotta Jackson of the cost to obtain the transcript. Carlotta Jackson will be responsible for that transcript cost.

Dated this 2nd day of December 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge